HERMAN DIESEL, Appellant, v. GEORGE J. OTTO, Individually and as Executor,

etc., of CHARLES H. SCHLEYER, Late of the City of Rochester, etc., Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concur.